| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Michelle Labayen (ML 2960)<br>Law Office of Michelle Labayen PC<br>24 Commerce Street, Suite 1300<br>Newark, NJ 07102<br>973-622-1584<br>michelle@labayenlaw.com<br><br>In Re:<br><br>Jose Gosdenovich | Case No.: 21-11230<br><br>Chapter: 13<br><br>Adv. No.: _____<br><br>Hearing Date: 04/15/2021 10:00 AM<br><br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, __Priscilla Lozano__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Law Office of Michelle Labayen__, who represents __Debtor__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __03/16/2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Motion for Approval to Participate in the Court's Loss Mitigation Program, Certification, and Proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __03/16/2021__         /s/ __Priscilla Lozano__
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Bankruptcy Court<br>District of New Jersey<br>50 Walnut Street<br>Newark, NJ 07102 | Court | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew Siti Esq.<br>Leopold & Associates, PLLC<br>80 Business Park Drive<br>Suite 110<br>Armonk, NY 10504 | Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wilmington Savings Fund Society, FSB<br>c/o FCI Lender Services<br>Trinity Financial Services, LLC<br>28784 Network Place<br>Chicago, IL 60673 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |