UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michelle Labayen (ML 2960)
Law Office of Michelle Labayen PC
24 Commerce Street, Suite 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

In Re:

Jose Gosdenovich

Case No.: 21-11230

Chapter: 13

Adv. No.: 

Hearing Date: 

Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, __Priscilla Lozano__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _Law Office of Michelle Labayen_, who represents _____Debtor_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____06/10/2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion to Approve Loan Modification with FCI Lender Services, Certification, Exhibit A (Final Loan Modification), and Proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 06/10/2021

_Priscilla Lozano_
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Bankruptcy Court<br>District of New Jersey<br>50 Walnut Street<br>Newark, NJ 07102 | Court | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, STE 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew Siti<br>Leopold and Associates, PLLC<br>80 Business Park Drive<br>Suite 110<br>Armonk, NY 10504 | Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wilmington Savings Fund Society, FSB<br>c/o FCI Lender Services, Inc.<br>1221 W. 103rd Street, #103<br>Kansas City, MO 64114 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

