| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Michelle Labayen (ML 2960)<br>Law Office of Michelle Labayen PC<br>24 Commerce Street, Suite 1300<br>Newark, NJ 07102<br>973-622-1584<br>michelle@labayenlaw.com<br><br>In Re:<br>Jose Gosdenovich | Case No.: 21-11230<br>Chapter: 13<br>Adv. No.: ___<br>Hearing Date: 07/15/2021 10:00 AM<br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, __Priscilla Lozano__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Law Office of Michelle Labayen, who represents __Debtor__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __06/15/2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion to Object To Claims of Deutsche Bank National Trust Company as Trustee and Supplemental Interest for IndyMac ABS Inc., Home Equity Mortgage Loan Asset-Back Trust, Certification, Exhibit A (Secondary Mortgage Loan), Exhibit B (Final Judgement), Exhibit C (Property Deed), and Proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 06/15/2021

_Priscilla Lozano_
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Bankruptcy Court<br>District of New Jersey<br>50 Walnut Street<br>Newark, NJ 07102 | Court | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, STE 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shellpoint Mortgage Svc<br>VP Debbie Thayer<br>75 Beattie Place #300<br>Greenville, SC 29601 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shellpoint Mortgage Servicing<br>Tony Anguiano<br>P. O. Box 19024<br>Greenville, SC 29602 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

