Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−11230−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Gosdenovich
   fka Jose P. Gosdenovich
   123 Clifton Place
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−0160

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/16/21 and a confirmation hearing on such Plan has been scheduled for 7/15/21.

The debtor filed a Modified Plan on 6/23/21 and a confirmation hearing on the Modified Plan is scheduled for 8/5/21 @ 8:30 AM. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 23, 2021
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jose Gosdenovich  
    Debtor

Case No. 21-11230-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 23, 2021      Form ID: 186      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Gosdenovich, 123 Clifton Place, Jersey City, NJ 07304-3103 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, c/o FCI Lender Services, PO Box 27820, Anaheim Hills, CA 92809-0127 |
| 519114666 | | Ally Financial, 200 Renaissance Center, Davison, MI 48423 |
| 519148712 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519114667 | + | Bayonne Medical Center, PO BOX 1438, Newark, NJ 07101-1438 |
| 519114669 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 519114670 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519139397 | | Federal Home Loan Mortgage Corporation, as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519114671 | + | Hoboken University Medical Center, 308 Willow Avenue, Hoboken, NJ 07030-3808 |
| 519114673 | + | Jersey City Medical Center, 350 Montgomery Street, Second FLoor, Jersey City, NJ 07302-4041 |
| 519114674 | + | Leopold & Associates PLLC, 80 Business Park Drive, Suite 110, Armonk, NY 10504-1704 |
| 519114675 | + | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519169317 | + | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519196319 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519114677 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519193203 | + | Shellpoint Mortgage Servicing, P. O. Box 19024, Greenville, SC 29602-9024 |
| 519114678 | + | State of New Jersey, Deptartment of Taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 519114680 | + | Trinity Financial Services, LLC, 28784 Network Place, Chicago, IL 60673-1287 |
| 519141632 | + | Wilmington Savings Fund Society, FSB, c/o FCI Lender Services, Inc, PO Box 28720, Anaheim Hills, CA 92809-0157 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2021 20:35:28 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519135265 | | Email/Text: ally@ebn.phinsolutions.com | Jun 23 2021 20:36:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519120036 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 20:35:00 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519114668 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 23 2021 20:37:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 519114672 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2021 20:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

Case 21-11230-VFP    Doc 37    Filed 06/25/21    Entered 06/26/21 00:17:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: 186 | Total Noticed: 33 |

| 519190286 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 20:35:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 519114676 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 23 2021 20:36:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519116344 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2021 20:34:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519114679 | | Email/Text: DASPUBREC@transunion.com | Jun 23 2021 20:36:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 519170183 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 23 2021 20:46:04 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519114681 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 23 2021 20:36:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519169319 | *+ | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew Siti | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of the Aspen Growth IV Truest, a Delaware Statutory Trust, msiti@leopoldassociates.com, LeopoldAssociatesNJX6426@projects.filevine.com;jmilanese@leopoldassociates.com;sleopold@leopoldassociates.com |
| Michelle Labayen | on behalf of Debtor Jose Gosdenovich michelle@labayenlaw.com silvia@labayenlaw.com;priscilla@labayenlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 rsolarz@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: 186 | Total Noticed: 33 |

Shauna M Deluca
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION sdeluca@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7