UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:  CASE NO.: 21-11230-VFP
CHAPTER 13

Jose Gosdenovich,
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE AND SUPPLEMENTAL INTEREST TRUSTEE FOR INDYMAC ABS, INC., HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES INDS 2006-3 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
             Authorized Agent for Secured Creditor
             130 Clinton Rd #202
             Fairfield, NJ 07004
             Telephone: 973-575-0707
             By: /s/Shauna Deluca
             Shauna Deluca
             Email: sdeluca@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JOSE GOSDENOVICH
123 CLIFTON PLACE
JERSEY CITY, NJ 07304

And via electronic mail to:

MICHELLE LABAYEN
LAW OFFICE OF MICHELLE LABAYEN
24 COMMERCE STREET
SUITE 1300
NEWARK, NJ 07102

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Jackson Branch