| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Michelle Labayen (ML2960)<br>Law Office of Michelle Labayen<br>24 Commerce Street<br>Suite 1300<br>Newark, NJ 07102<br>973-622-1584<br>Email: michelle@labayenlaw.com | |
| In Re:<br><br>Jose Gosdenovich | Case No.:  __21-11230__<br><br>Chapter:  __13__<br><br>Hearing Date: __7/15/2021 10:00 AM__<br><br>Judge: __Vincent F. Papalia__ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Motion to Object To Claims of Deutsche Bank National Trust Company as Trustee and Supplemental Interest for IndyMac ABS Inc., Home Equity Mortgage Loan Asset-Back

Date: 7/12/2021

/s/ Michelle Labayen
Signature

*rev.8/1/15*