| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Michelle Labayen (ML2960)<br>Law Office of Michelle Labayen<br>24 Commerce Street<br>Suite 1300<br>Newark, NJ 07102<br>973-622-1584<br>Email: michelle@labayenlaw.com<br><br>In Re:<br>Jose Gosdenovich | Case No.: 21-11230<br><br>Chapter: 13<br><br>Adv. No.: <br><br>Hearing Date: 07/15/2021 10:00 AM<br><br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Law Office of Michelle Labayen, who represents debtor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 7/12/2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Status Change Form. The matter has been withdrawn, re:
   Motion to Object To Claims of Deutsche Bank National Trust Company as Trustee and Supplemental Interest for IndyMac ABS Inc., Home Equity Mortgage Loan Asset-Back Trust

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 7/12/2021                                   /s/ Silvia Pereyra
                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Bankruptcy Court<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 | Court | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>c/o Shauna M. Deluca, Esq.<br>130 Clinton Road, Lobby B<br>Ste 202<br>Fairfield, NJ 07004 | Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shellpoint Mortgage Services<br>c/o Debbie Thayer, CEO<br>75 Beattie Place # 300<br>Greenville, SC 29601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |