Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−11230−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jose Gosdenovich
    fka Jose P. Gosdenovich
    123 Clifton Place
    Jersey City, NJ 07304

Social Security No.:
    xxx−xx−0160

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/6/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 6, 2021
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Jose Gosdenovich

    Debtor

Case No. 21-11230-VFP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2

Date Rcvd: Aug 06, 2021

User: admin

Form ID: 148

Page 1 of 3

Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Gosdenovich, 123 Clifton Place, Jersey City, NJ 07304-3103 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, c/o FCI Lender Services, PO Box 27820, Anaheim Hills, CA 92809-0127 |
| 519255476 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519114666 | | Ally Financial, 200 Renaissance Center, Davison, MI 48423 |
| 519114667 | + | Bayonne Medical Center, PO BOX 1438, Newark, NJ 07101-1438 |
| 519114669 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 519114670 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519139397 | | Federal Home Loan Mortgage Corporation, as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519114671 | + | Hoboken University Medical Center, 308 Willow Avenue, Hoboken, NJ 07030-3808 |
| 519114673 | + | Jersey City Medical Center, 350 Montgomery Street, Second FLoor, Jersey City, NJ 07302-4041 |
| 519114674 | + | Leopold & Associates PLLC, 80 Business Park Drive, Suite 110, Armonk, NY 10504-1704 |
| 519114675 | + | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519169317 | + | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519196319 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519114677 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519193203 | + | Shellpoint Mortgage Servicing, P. O. Box 19024, Greenville, SC 29602-9024 |
| 519114678 | + | State of New Jersey, Deptartment of Taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 519114680 | + | Trinity Financial Services, LLC, 28784 Network Place, Chicago, IL 60673-1287 |
| 519141632 | + | Wilmington Savings Fund Society, FSB, c/o FCI Lender Services, Inc., PO Box 28720, Anaheim Hills, CA 92809-0157 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Aug 07 2021 00:23:00 | Ally Capital, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RMSC.COM | Aug 07 2021 00:23:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519135265 | | EDI: GMACFS.COM | Aug 07 2021 00:23:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519148712 | | EDI: BECKLEE.COM | Aug 07 2021 00:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519120036 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2021 20:35:11 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0312-2                          User: admin                                    Page 2 of 3

Date Rcvd: Aug 06, 2021                       Form ID: 148                                    Total Noticed: 35

| 519114668 | + Email/Text: bankruptcy.notifications@fisglobal.com | | |
|---|---|---|---|
| | | Aug 06 2021 20:27:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 519114672 | + EDI: IRS.COM | | |
| | | Aug 07 2021 00:23:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519190286 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Aug 06 2021 20:34:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519114676 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Aug 06 2021 20:27:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519116344 | + EDI: RMSC.COM | | |
| | | Aug 07 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519114679 | Email/Text: DASPUBREC@transunion.com | | |
| | | Aug 06 2021 20:26:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 519170183 | + EDI: AIS.COM | | |
| | | Aug 07 2021 00:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519114681 | + EDI: VERIZONCOMB.COM | | |
| | | Aug 07 2021 00:23:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519169319 | *+ | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Matthew Siti | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of the Aspen Growth IV Truest, a Delaware Statutory Trust, msiti@leopoldassociates.com, |

District/off: 0312-2 User: admin Page 3 of 3

Date Rcvd: Aug 06, 2021 Form ID: 148 Total Noticed: 35

LeopoldAssociatesNJX6426@projects.filevine.com;jmilanese@leopoldassociates.com;sleopold@leopoldassociates.com

Michelle Labayen

on behalf of Debtor Jose Gosdenovich michelle@labayenlaw.com  silvia@labayenlaw.com;priscilla@labayenlaw.com

Rebecca Ann Solarz

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 rsolarz@kmllawgroup.com

Shauna M Deluca

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION sdeluca@raslg.com

Shauna M Deluca

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee and Supplemental Interest Trustee for Indymac ABS, Inc., Home Equity Mortgage Loan Asset-Backed Trust, Series INDS 2006-3 sdeluca@raslg.com

Shauna M Deluca

on behalf of Creditor Shellpoint Mortgage Servicing as servicer for Deutsche Bank National Trust Company sdeluca@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9